UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RENEE REESE | CIVIL ACTION |
| VERSUS | NO. 18-1982 |
| MARKETRON BROADCAST SOLUTIONS, INC. | SECTION "R" (1) |

## **JUDGMENT**

Considering the Court's order and reasons on file herein,

IT IS ORDERED, ADJUDGED AND DECREED that plaintiff's complaint is DISMISSED.

New Orleans, Louisiana, this __8th__ day of May, 2018.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE